

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**LODGED**

OCT 16 2001

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

**FILED**

OCT 22 2001

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROBB EVANS, as Receiver for TLC America, Inc.,

    Plaintiff,

v.

JAMES F. GARRO, an individual; DAVID PRICE, an individual; PAUL CHOVANEC, an individual; TERRY E. PROVENCE, an individual, ALLISON-McCLOSKEY ESCROW CO., a California corporation; NAVAJO CAPITAL, INC., a Wyoming corporation; SIENNA FINANCIAL LTD., a British Virgin Islands corporation; CAMELOT INTERNATIONAL, LLC, a Wyoming limited liability company; MERLIN FINANCIAL, LLC, a Wyoming limited liability company; THE LANCELOT FOUNDATION, a Wyoming nonprofit company; APPALOOSA INTERNATIONAL, INC., a Wyoming corporation; CITATION FINANCIAL MANAGEMENT, INC., a Wisconsin corporation; CERTREX INVESTMENTS INC., a Wisconsin corporation; DURHAM CAPITAL GROUP, INC., a Nevada corporation; and FORTRESS FINANCIAL LTD., a British Virgin Islands corporation,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 01 819 DOC (ANx)
SACV01-819 DOC (ANx)

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME ON MOTION TO WITHDRAW AS COUNSEL OF RECORD AND ORDER GRANTING *EX PARTE* APPLICATION OF KENNERSON SCHWARTZ SEMERDJIAN & HAILE, LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS JAMES F. GARRO, NAVAJO CAPITAL, INC., SIENNA FINANCIAL LTD., CAMELOT INTERNATIONAL, LLC, MERLIN FINANCIAL, LLC, THE LANCELOT FOUNDATION, and APPALOOSA INTERNATIONAL, INC.

ENTER ON ICMS

OCT 23 2001

**ORIGINAL**

-1-

The Court, having reviewed the *Ex Parte* Application by Kennerson Schwartz Semerdjian & Haile, LLP to Withdraw as Counsel of Record for Defendants JAMES F. GARRO, NAVAJO CAPITAL, INC., SIENNA FINANCIAL LTD., CAMELOT INTERNATIONAL, LLC, MERLIN FINANCIAL, LLC, THE LANCELOT FOUNDATION, and APPALOOSA INTERNATIONAL, INC. (hereinafter "Defendants"), and the Declaration submitted in support thereof, rules as follows:

The Application is granted. The Court grants Kennerson Schwartz Semerdjian & Haile's *Ex Parte* Application to Withdraw as Counsel for Defendants. The Court orders Kennerson Schwartz Semerdjian & Haile to immediately furnish a copy of this Order to Defendants.

In light of the withdrawal of counsel, Defendants shall have until _November 21, 2001_ to seek and retain new counsel.

IT IS SO ORDERED.

Dated: _October 22, 2001_

_David O. Carter_

Honorable David O. Carter
United States District Court
Southern District of California

ORDER GRANTING EX PARTE APPLICATION/**CASE NO.**01 819 DOC ANx