RICHARD MARMARO (SBN 091387)
JACK DiCANIO (SBN 138782)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Defendants
PAUL CHOVANEC and
CITATION FINANCIAL MANAGEMENT, INC.

P-SEND

FILED
CLERK, U.S. DISTRICT COURT

NOV 29 2001

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROBB EVANS, as Receiver for TLC America, Inc., )
                                               )
                    Plaintiff,                 )
                                               )
        vs.                                    )
                                               )
JAMES F. GARRO, an individual; DAVID PRICE,    )
an individual; PAUL CHOVANEC, an individual;   )
ALLISON-McCLOSKEY ESCROW CO., a                )
California corporation; NAVAJO CAPITAL, INC., a)
Wyoming corporation; SIENNA FINANCIAL LTD.,)
a British Virgin Islands corporation; CAMELOT  )
INTERNATIONAL, LLC, a Wyoming limited          )
liability company; MERLIN FINANCIAL, LLC, a    )
Wyoming limited liability company; THE         )
LANCELOT FOUNDATION, a Wyoming nonprofit)
company; APPALOOSA INTERNATIONAL, INC.,)
a Wyoming corporation; CITATION FINANCIAL   )
MANAGEMENT, INC., a Wisconsin corporation;  )
DURHAM CAPITAL GROUP, INC., a Nevada        )
corporation; and FORTRESS FINANCIAL LTD., a )
British Virgin Islands corporation,            )
                                               )
                    Defendants.                )
                                               )
                                               )

CASE NO. SACV 01-819 DOC (ANx)

**STIPULATION EXTENDING
TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO THE
COMPLAINT**

ENTER ON ICMS

NOV 3 0 2001

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff Robb Evans, as Receiver for TLC America, Inc. ("Plaintiff") and defendants Paul Chovanec and Citation Financial Management, Inc. ("Defendants") that Plaintiff and Defendants have tentatively agreed to certain terms of a settlement of the action. Additional time is needed to complete negotiations, to memorialize the agreement in writing and to submit the agreement to

the Court for its approval. Accordingly, Plaintiff and Defendants have agreed that Defendants' time to answer, move or otherwise respond to the above-captioned complaint be, and the same hereby is, further extended to ~~and including the later of: (a) two weeks after the date Plaintiff and Defendants notify the Court that settlement negotiations have failed, or (b) two weeks after the date the Court declines approval of a final settlement agreement between Plaintiff and Defendants.~~ January 7, 2002 .

DOC
DOC
DOC
DOC

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that, in executing this stipulation, Defendants do not waive, and specifically reserve their right to challenge, the personal and subject matter jurisdiction of the Court.

DATED: November 1½, 2001

PROSKAUER ROSE LLP
RICHARD MARMARO (SBN 091387)
JACK DiCANIO (SBN 138782)

By: _____ (with express permission)
        Jack DiCanio

2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Defendants
PAUL CHOVANEC and
CITATION FINANCIAL MANAGEMENT, INC

DATED: November 14, 2001

McKENNA & CUNEO, L.L.P.
CHARLES G. LA BELLA (SBN 183448)
CHRISTIAN D. HUMPHREYS (SBN 174802)

By: _____
        Christian D. Humphreys

750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-5400
Facsimile: (619) 595-5450

Attorneys for Plaintiff
ROBB EVANS, as Receiver for TLC America, Inc.

IT IS SO ORDERED.

Dated: November 28, 2001

_____
The Honorable David O. Carter

- 2 -

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that:

I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On November 15, 2001, I served the foregoing document, described as:

**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

☒    by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

> Christian D. Humphreys
> McKenna & Cuneo, L.L.P.
> 750 B Street, Suite 3300
> San Diego, California 92101

☐    (By Fax) By transmitting a true and correct copy thereof via facsimile transmission to

☒    (By Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    (By Personal Service)

> ☐    By personally delivering such envelope to the addressee.

> ☐    By causing such envelope to be delivered by messenger to the office of the addressee.

☐    By causing such envelope to be delivered by the office of the addressee by OVERNIGHT DELIVERY via Federal Express or by other similar overnight delivery service.

☐    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 15, 2001, at Los Angeles, California.

_____Amy Richardson_____
Type or Print Name                                                     Signature

0955/19104-001
LALIB1/498466 v1